# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 15-8002** | **September Term, 2014** |
| | 1:11-cv-00520-KBJ |
| | **Filed On:** July 21, 2015 |

In re: David H. Parker, Jr.,

       Petitioner

       **BEFORE:**    Rogers, Millett, and Wilkins, Circuit Judges

## O R D E R

      Upon consideration of the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) and the opposition thereto, it is

      **ORDERED** that petitioner file a reply to the opposition within thirty days of the date of this order. While not otherwise limited, petitioner is directed to address Bank of America's argument that the petition should be denied as untimely because it was not filed within fourteen days after entry of the district court's order denying class certification, as required under Rule 23(f). See Opposition at 3-4; see also Center for Nuclear Responsibility, Inc. v. United States Nuclear Regulatory Commission, 781 F.2d 935, 938-39 (D.C. Cir. 1986); St. Marks Place Housing Co. v. United States Department of Housing & Urban Development, 610 F.3d 75, 79-82 (D.C. Cir. 2010); cf. Hentif v. Obama, 733 F.3d 1243, 1245-50 (D.C. Cir. 2013).

### Per Curiam